FILED

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
(Ft. Myers Division)

2013 APR 24 PM 3: 18

U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS, FLORIDA

EDWARD SANTANA,

        Plaintiff,

vs.                                    CASE NO.: 2:13-cv-204-FtM-99DNF

RIMACO CORP., d/b/a VERGINA RESTAURANT, RISTE GUSHTEROV AND GLIGOR TUPAROV,

        Defendants.
_____/

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, EDWARD SANTANA, pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i), hereby gives notice that the above captioned case is voluntarily dismissed, with prejudice, as to all claims raised or that could have been raised against Defendants in the instant action, with all parties to bear their own attorneys' fees and costs. Plaintiff specifically agrees and represents that he is not owed any sums by Defendants under any federal or state law, including, but not limited to, the Fair Labor Standards Act or the Florida Minimum Wage Act, and that he has been paid in full for all sums due and owing to him related to his prior employment by Defendant, Rimaco Corp., d/b/a Vergina, a restaurant.

                                                      Respectfully submitted,

                                      BY: _____
                                                Edward Santana, pro se Plaintiff
                                                esantana44@yahoo.com
                                                (239) 285-5450

## CERTIFICATE OF SERVICE

I HEREBY certify that a true and correct copy of the foregoing was filed with the clerk of court on April 24th, 2013. I also Certify that a true and correct copy of the foregoing was faxed and mailed to Michael Traficante, Esq. (attorney for Defendants) on April 24th, 2013 to (239)514-0377 and to 5551 Ridgewood Drive, suite 501, Naples, FL 34108.

*Edward Santana*

Edward Santana, pro se Plaintiff
esantana44@yahoo.com
(239) 285-05450